**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01100-CV

### IN THE INTEREST OF J.Q., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-12-00702-W**

## ORDER

The Court has before it appellant Janeth Quinones's October 16, 2013 motion to extend time. The reporter's record in this case was filed on October 14, 2013 and the deadline to file appellant's brief is currently November 4, 2013. We **DENY** appellant's motion. Because this is a parental termination case, no extensions will be granted absent extraordinary circumstances. Appellant is cautioned that failure to timely file a brief may result in dismissal of her appeal for want of prosecution. Tex. R. App. P. 38.(1).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
PRESIDING JUSTICE